| In re: | Case No. 25-00901-MJC |
|---|---|
| Reginald Rinaldo Talton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf010 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rinaldo Talton, 130 Pebble Beach Court, East Stroudsburg, PA 18302-6701 |
| 5701098 | + | COUNTRY CLUB OF THE POCONOS, HOMEOWNERS ASSOCIATION, 1567 BIG RIDGE DRIVE, EAST STROUDSBURG, PA 18302-6804 |
| 5701099 | | DAWN ARNST TAX COLLECTOR, MIDDLE SMITHFIELD TWP, PO BOX 1279, MARSHALLS CREEK, PA 18335-1279 |
| 5701100 | + | EDWARD HOFFMAN JR ESQ, HOFFMAN LAW LLC, PO BOX 609, MONTGOMERYVILLE, PA 18936-0609 |
| 5701103 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5701114 | + | WELLS FARGO BANK, 400 MAIN STREET, STROUDSBURG, PA 18360-2405 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5701097 | + | Email/Text: g17768@att.com | Apr 25 2025 18:39:00 | AT&T MOBILITY II LLC/ AT&T SERVICES, ATTN KAREN A CAVAGNARO PARALEGAL, ONE AT&T WAY STE 3A104, BEDMINSTER, NJ 07921-2693 |
| 5701767 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 18:42:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5701101 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 18:42:42 | MERRICK BANK, C/O RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603-0368 |
| 5701102 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 18:42:49 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5701104 | + | Email/Text: MKnitter@monroecountypa.gov | Apr 25 2025 18:39:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5701105 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 25 2025 18:39:00 | NEW JERSEY TURNPIKE AUTHORITY, PO BOX 5042, WOODBRIDGE, NJ 07095-0709 |
| 5704522 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 25 2025 18:39:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5701106 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 18:39:00 | PA DEPT OF REVENUE, ATTN BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5701107 | | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 18:43:28 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5701108 | + | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 18:43:31 | PENNYMAC LOAN SERVICES LLC, PO BOX 2410, MOORPARK, CA 93020-2410 |
| 5701109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2025 18:43:53 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5701110 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2025 18:43:26 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |

| Recipient # | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 5701111 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 25 2025 18:39:00 | PROGRESSIVE INSURANCE, PO BOX 7247-0311, PHILADELPHIA, PA 19170-0311 |
| 5702561 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5701112 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 25 2025 18:42:40 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5701113 | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2025 18:43:28 | T MOBILE/T-MOBILE USA INC, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| 5701769 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 25 2025 18:42:40 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5701115 | Email/PDF: BankruptcynoticesDeposits@wellsfargo.com | Apr 25 2025 18:54:23 | WELLS FARGO BANK, PO BOX 6995, PORTLAND, OR 97228-6995 |
| 5701116 + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 18:42:48 | WESTLAKE FINANCIAL SERVICES, C/O RESURGENT CAPITAL SERVICES, PO BOX 3427, GREENVILLE, SC 29602-3427 |
| 5701117 | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 25 2025 18:39:00 | WESTLAKE FINANCIAL SERVICES, PO BOX 76809, LOS ANGELES, CA 90076-0809 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Robert J Kidwell, III | on behalf of Debtor 1 Reginald Rinaldo Talton rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Reginald Rinaldo Talton lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Reginald Rinaldo Talton, | : | Case No. 5:25-bk-00901-MJC |
| | : | |
| Debtor. | : | |

Reginald Rinaldo Talton, :
:
        Movant, :
vs. :
:
PennyMac Loan Services :
and all parties listed on the mailing :
matrix filed with the Clerk, :
:
        Respondents. :

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Dkt. # 9 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on April 24, 2025, and good cause having been demonstrated by the Movant, it is hereby

    **ORDERED** that the Motion is **GRANTED**; and it is further

    **ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

                                                                             By the Court,

                                                                             Mark J. Conway, Bankruptcy Judge
                                                                             Dated: April 25, 2025