United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Reginald Rinaldo Talton  
    Debtor

Case No. 25-00901-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 19, 2025      Form ID: ntnoshow      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rinaldo Talton, 130 Pebble Beach Court, East Stroudsburg, PA 18302-6701 |
| 5701098 | + | COUNTRY CLUB OF THE POCONOS, HOMEOWNERS ASSOCIATION, 1567 BIG RIDGE DRIVE, EAST STROUDSBURG, PA 18302-6804 |
| 5709762 | + | Country Club at the Poconos Community Association, 1567 Big Ridge Drive, East Stroudsburg, PA 18302-6804 |
| 5701099 | | DAWN ARNST TAX COLLECTOR, MIDDLE SMITHFIELD TWP, PO BOX 1279, MARSHALLS CREEK, PA 18335-1279 |
| 5701100 | + | EDWARD HOFFMAN JR ESQ, HOFFMAN LAW LLC, PO BOX 609, MONTGOMERYVILLE, PA 18936-0609 |
| 5709761 | + | Edward Hoffman, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5701103 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5701114 | + | WELLS FARGO BANK, 400 MAIN STREET, STROUDSBURG, PA 18360-2405 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5701097 | + | Email/Text: g17768@att.com | May 19 2025 18:49:00 | AT&T MOBILITY II LLC/ AT&T SERVICES, ATTN KAREN A CAVAGNARO PARALEGAL, ONE AT&T WAY STE 3A104, BEDMINSTER, NJ 07921-2693 |
| 5701767 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 18:47:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5701101 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 18:59:13 | MERRICK BANK, C/O RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603-0368 |
| 5701102 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 18:47:33 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5701104 | + | Email/Text: MKnitter@monroecountypa.gov | May 19 2025 18:50:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5701105 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 19 2025 18:49:00 | NEW JERSEY TURNPIKE AUTHORITY, PO BOX 5042, WOODBRIDGE, NJ 07095-0709 |
| 5704522 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 19 2025 18:49:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5701106 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2025 18:50:00 | PA DEPT OF REVENUE, ATTN BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5701107 | | Email/PDF: ebnotices@pnmac.com | May 19 2025 18:58:59 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5701108 | + | Email/PDF: ebnotices@pnmac.com | May 19 2025 19:00:52 | PENNYMAC LOAN SERVICES LLC, PO BOX 2410, MOORPARK, CA 93020-2410 |
| 5701109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2025 19:00:48 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |

| Recipient # | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 5701110 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2025 18:59:49 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5701111 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 19 2025 18:49:00 | PROGRESSIVE INSURANCE, PO BOX 7247-0311, PHILADELPHIA, PA 19170-0311 |
| 5702561 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2025 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5701112 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 19 2025 18:47:57 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5701113 | Email/PDF: ebn_ais@aisinfo.com | May 19 2025 18:59:48 | T MOBILE/T-MOBILE USA INC, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| 5701769 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 19 2025 18:47:57 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5701115 | Email/PDF: BankruptcynoticesDeposits@wellsfargo.com | May 19 2025 18:59:13 | WELLS FARGO BANK, PO BOX 6995, PORTLAND, OR 97228-6995 |
| 5701116 + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 18:59:53 | WESTLAKE FINANCIAL SERVICES, C/O RESURGENT CAPITAL SERVICES, PO BOX 3427, GREENVILLE, SC 29602-3427 |
| 5701117 | Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2025 18:50:00 | WESTLAKE FINANCIAL SERVICES, PO BOX 76809, LOS ANGELES, CA 90076-0809 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |

| | |
|---|---|
| Robert J Kidwell, III | on behalf of Debtor 1 Reginald Rinaldo Talton rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Reginald Rinaldo Talton lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Reginald Rinaldo Talton, aka Reginald R. Talton, aka Reginald Talton, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−00901−MJC |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **June 9, 2025** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **June 9, 2025**.

**If no objections are filed by June 9, 2025, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 19, 2025 |

ntnoshow (07/18)