United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00901-MJC

Reginald Rinaldo Talton  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jun 13, 2025     Form ID: ordsmiss     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rinaldo Talton, 130 Pebble Beach Court, East Stroudsburg, PA 18302-6701 |
| 5701098 | + | COUNTRY CLUB OF THE POCONOS, HOMEOWNERS ASSOCIATION, 1567 BIG RIDGE DRIVE, EAST STROUDSBURG, PA 18302-6804 |
| 5709762 | + | Country Club at the Poconos Community Association, 1567 Big Ridge Drive, East Stroudsburg, PA 18302-6804 |
| 5701099 | | DAWN ARNST TAX COLLECTOR, MIDDLE SMITHFIELD TWP, PO BOX 1279, MARSHALLS CREEK, PA 18335-1279 |
| 5701100 | + | EDWARD HOFFMAN JR ESQ, HOFFMAN LAW LLC, PO BOX 609, MONTGOMERYVILLE, PA 18936-0609 |
| 5709761 | + | Edward Hoffman, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5701103 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5701114 | + | WELLS FARGO BANK, 400 MAIN STREET, STROUDSBURG, PA 18360-2405 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5701097 | + | EDI: ATTWIREBK.COM | Jun 13 2025 22:37:00 | AT&T MOBILITY II LLC/ AT&T SERVICES, ATTN KAREN A CAVAGNARO PARALEGAL, ONE AT&T WAY STE 3A104, BEDMINSTER, NJ 07921-2693 |
| 5718658 | + | Email/Text: camanagement@mtb.com | Jun 13 2025 18:37:00 | M&T Bank, P.O Box 1508, Buffalo NY 14240-1508 |
| 5701767 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2025 18:38:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5701101 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2025 18:49:23 | MERRICK BANK, C/O RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603-0368 |
| 5701102 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2025 18:38:42 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5701104 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 13 2025 18:37:52 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5701105 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 13 2025 18:37:00 | NEW JERSEY TURNPIKE AUTHORITY, PO BOX 5042, WOODBRIDGE, NJ 07095-0709 |
| 5704522 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 13 2025 18:37:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5701106 | | EDI: PENNDEPTREV | Jun 13 2025 22:37:00 | PA DEPT OF REVENUE, ATTN BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5701107 | | Email/PDF: ebnotices@pnmac.com | Jun 13 2025 18:49:24 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5701108 | + | Email/PDF: ebnotices@pnmac.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2025 18:48:55 | PENNYMAC LOAN SERVICES LLC, PO BOX 2410, MOORPARK, CA 93020-2410 |
| 5701109 | | EDI: PRA.COM | Jun 13 2025 22:37:00 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5701110 | | EDI: PRA.COM | Jun 13 2025 22:37:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5701111 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 13 2025 18:37:00 | PROGRESSIVE INSURANCE, PO BOX 7247-0311, PHILADELPHIA, PA 19170-0311 |
| 5702561 | | EDI: PENNDEPTREV | Jun 13 2025 22:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5719295 | + | Email/Text: jpark001@bellsouth.net | Jun 13 2025 18:37:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 5701112 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2025 18:37:48 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5701113 | | EDI: AIS.COM | Jun 13 2025 22:37:00 | T MOBILE/T-MOBILE USA INC, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| 5701769 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2025 18:37:48 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5701115 | | Email/PDF: BankruptcynoticesDeposits@wellsfargo.com | Jun 13 2025 18:49:29 | WELLS FARGO BANK, PO BOX 6995, PORTLAND, OR 97228-6995 |
| 5701116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:38:21 | WESTLAKE FINANCIAL SERVICES, C/O RESURGENT CAPITAL SERVICES, PO BOX 3427, GREENVILLE, SC 29602-3427 |
| 5701117 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 13 2025 18:37:00 | WESTLAKE FINANCIAL SERVICES, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 5718994 | ^ | MEBN | Jun 13 2025 18:34:54 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5718283 | *+ | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Robert J Kidwell, III | on behalf of Debtor 1 Reginald Rinaldo Talton rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Reginald Rinaldo Talton lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

In re:

| | |
|---|---|
| Reginald Rinaldo Talton,<br>aka Reginald R. Talton, aka Reginald Talton, | Chapter 13 |
| **Debtor 1** | Case No. 5:25−bk−00901−MJC |

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 13, 2025

ordsmiss (05/18)